JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| XOCITL DE LEON AND IMAD EL BITAR, ) | No. 2:09-cv-6018-RSWL-CT |
| ) Plaintiffs, ) | |
| ) v. ) | **[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL** |
| ERIC H. HOLDER, JR., Attorney General, United States ) Department of Justice; HILLARY CLINTON, Secretary, ) Department of State; MICHELE J. SISON, United States ) Ambassador, Beirut, Lebanon, ) | [Fed.R.Civ.P. 41(a)(1)(ii)] |
| ) Defendants. ) _____ ) | |

Upon consideration of the Stipulation of Dismissal filed on October 6, 2009, and good cause therefore having been shown, it is hereby:

ORDERED that the instant action is dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each party will bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: October 9, 2009

/ s /

_____
HONORABLE RONALD S.W. LEW
SENIOR, U.S. DISTRICT COURT JUDGE